[No. 13944–4–I. Division One. May 6, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE JUNIOR MCDONALD, *Defendant,* HENRY LEON DEAN, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 83–1–02053–7, Frank L. Sullivan, J., entered November 1, 1983. *Reversed* and *remanded* by unpublished opinion per Scholfield, J., concurred in by Corbett, C.J., and Webster, J. Now published at 40 Wn. App. 743.